**Electronically Filed**
**Supreme Court**
**SCWC-29452**
**12-MAR-2012**
**10:33 AM**

NO. SCWC-29452

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JEFFREY SCOTT MURPHY,
Petitioner/Plaintiff-Appellant,

vs.

ROBERT E. LOVIN, dba LOVIN CONSTRUCTION, PROSERVICE HAWAII
BUSINESS DEVELOPMENT CORPORATION, MIKE JUAREZ,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29452; CIV. NO. 06-01-170K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J. Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Plaintiff-Appellant's application for writ

of certiorari filed on January 30, 2012, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, March 12, 2012.

Lawrence W. Cohn and                 /s/ Mark E. Recktenwald
Robert D.S. Kim for
petitioner/plaintiff-               /s/ Paula A. Nakayama
appellant on the
application                          /s/ Simeon R. Acoba, Jr.

                                     /s/ James E. Duffy, Jr.

                                     /s/ Sabrina S. McKenna

